IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOSEPH MCGRAW,

    Plaintiff,                          JUDGMENT IN A CIVIL CASE

    v.                                    Case No.  14-cv-253-jdp

TERRI MARCO AND BRENDA CLARK,

    Defendants.

This action came before the court for consideration with District Judge James D. Peterson presiding.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Terri Marco and Brenda Clark granting their motion to dismiss this case for lack of subject matter jurisdiction.

/s/                                                    October 21, 2014

Peter Oppeneer, Clerk of Court                        Date